IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SHAWN MICHAEL MELVIN, JR.** : **CIVIL ACTION**
:
**v.** :
:
**BRITTANY, et al.** : **NO. 17-1839**

## ORDER

AND NOW, this 31st day of May, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 3) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**MITCHELL S. GOLDBERG, J.**